SUPREME COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS 78711

Willie RAY Golden

VS.

THE STATE OF TEXAS

§
§
§
§

64,951-01,02,03,
04,05
06

I Willie Ray Golden seek the court of CRIMINAL APPEALS to Release All copys of all necessary legal documents, exhibits that was filed with the court and what's the fee to obtain these documents. On 4.20.15 Made these statments.

Sincerely,
Willie R Golden
11950 FM 988
DALHART, TX 79022

Abel Acosta, Clerk

APR 23 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS